UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES JERGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:20-cv-02109-E |
| D&M LEASING DALLAS AND ALLY FINANCIAL INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

COME NOW, D&M Leasing Dallas,[1] Defendant in the above-styled cause ("D&M"), together with Charles Jerger, Plaintiff in the above-styled and numbered cause ("Plaintiff"), and Ally Financial Inc., Defendant in the above-styled and numbered cause ("Ally") (D&M and Ally are collectively referred to herein as "Defendants"), and make and serve this, their Stipulation of Dismissal, and would respectfully show the Court as follows:

1.   On or about April 13, 2020, Plaintiff initiated a lawsuit in the United States District Court for the Eastern District of Texas, Sherman Division, Cause No. 4:20-cv-00309-ALM; styled *Charles Jerger v. D&M Leasing Dallas and Ally Financial Inc* (the "Initial Lawsuit"). The Initial Lawsuit was subsequently transferred to the United States District Court for the Northern District of Texas, Dallas Division, on or about July 28, 2020, and was assigned Cause No. 3:20-cv-02109-E (the "Federal Lawsuit").

---

[1] D&M Leasing Dallas is an assumed name of Vehicle Leasing II, L.L.C.

2. On or about September 30, 2020, the Federal Lawsuit was stayed pending completion or resolution of the matter through Arbitration.

3. In or around May 2021, arbitration was initiated with arbitrator, Michael Metcalf (the "Arbitration Proceeding").

4. On or about January 28, 2022, the Parties executed a Settlement Agreement (the "Settlement Agreement"), which is incorporated herein by this specific reference, resolving all claims that have been, or could have been, asserted in this Lawsuit or the Arbitration Proceeding.

5. This Lawsuit is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Federal Rule of Civil Procedure 23.1, or an action related to an unincorporated association under Federal Rule of Civil Procedure 23.2.

6. A receiver has not been appointed in this Lawsuit.

7. This Lawsuit is not governed by any federal statute that requires a court order for dismissal of this Lawsuit.

8. Plaintiff has not previously dismissed any federal or state court lawsuit based on or including the same claims as those presented in this Lawsuit.

9. Plaintiff moves to dismiss this Lawsuit.

10. Defendants agree to the dismissal of this Lawsuit.

11. This dismissal is with prejudice, and disposes of all claims and named parties pending in this Lawsuit.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court enter an Order: (1) dismissing with prejudice all claims that have been or could have been asserted in this Lawsuit, with Plaintiff to bear all his costs and attorneys' fees incurred in this Lawsuit, (2)

dismissing with prejudice all named parties pending in this Lawsuit, and (3) granting the parties such further relief to which they may show themselves to be justly entitled.

Respectfully submitted,

/s/ *Ericha R. Brown*
Michael Y. Kim
State Bar No. 24039960
mkim@mkimlegal.com
Ericha Ramsey Brown
State Bar No. 24051952
erbrown@mkimlegal.com

**THE MICHAEL KIM LAW FIRM, PLLC**
4236 W. Lovers Lane
Dallas, Texas 75209
(214) 357-7533
(214) 357-7531 Facsimile

ATTORNEYS FOR DEFENDANT
D&M LEASING DALLAS


/s/ *Lisbeth Findsen* w/ permission
Lisbeth Findsen
State Bar No.
beth@pricelawgroup.com
PRICE LAW GROUP, APC
8245 North 85th Way
Scottsdale, Arizona 85258
(818) 600-5575
(818) 600-5475 Facsimile

ATTORNEY FOR PLAINTIFF
CHARLES JERGER

/s/ *Kimberly Harris* w/ permission
Kimberly P. Harris
State Bar No.
kharris@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 Facsimile

ATTORNEY FOR DEFENDANT
ALLY FINANCIAL INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 the foregoing document was served in accordance with the Federal Rules of Civil Procedure via electronic-mail to the following counsel of record:

Lisbeth Findsen
PRICE LAW GROUP, APC
8245 North 85th Way
Scottsdale, Arizona 85258
(818) 600-5575
(818) 600-5475 Facsimile
beth@pricelawgroup.com

Kimberly P. Harris
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 Facsimile
kharris@qslwm.com

/s/ *Ericha R. Brown*
Ericha Ramsey Brown